# AFFIDAVIT

I, Orion M. Mata, am a Task Force Officer (TFO) of the Drug Enforcement Administration ("DEA"), United States Department of Justice. I have conducted investigations into the trafficking of narcotics set forth in the following statement of probable cause:

1. I am assigned to the DEA's Kansas City District Office. I have been assigned there since October of 2015. I have received training regarding investigation into drug distribution and have participated in numerous investigations involving controlled substances. My training and investigative experience includes: drug interdiction, drug identification, drug smuggling, clandestine manufacture of drugs, methods of packaging and distribution of drugs, undercover operations, the laundering of drug proceeds, asset forfeiture, use of confidential sources, and the legal aspects of conducting drug investigations. Prior to my assignment to the DEA, I worked as a Police Officer, Master Patrolman, School Resource Officer and Detective with the Belton, Missouri Police Department. While so employed, I received over 400 hours of law enforcement training at the Public Safety Institute, Blue River Metropolitan Community College, and spent over 12 years in a full-time position as a Police Patrol Officer, during which time I periodically investigated drug cases.

2. This affidavit contains information necessary to support probable cause for this application. It is not intended to include every fact or matter observed by me or known by law enforcement. Because this affidavit is being submitted for this limited purpose, I have not included each and every fact known to me concerning this investigation. The information contained in this affidavit is based upon my investigation, my personal observations, my training and experience, as well as information obtained from witnesses and other agents involved in the investigation.

## PROBABLE CAUSE

3. In June of 2019, I and other agents and task force officers with the DEA as well as police officers and detectives with the Kansas City, Missouri Police Department (KCPD) began an investigation into Elijah K. KLOTZ. The investigation arose from several reports from various confidential sources that KLOTZ was distributing heroin, prescription pills and methamphetamine in and around the Kansas City metropolitan area.

4. During the course of my investigation, I learned that KLOTZ is a convicted felon. KLOTZ was convicted in Johnson County, Kansas, of felony theft (18CR02121) and unlawful tampering with electronic monitoring equipment (18CR2873). KLOTZ was sentenced on both matters on February 11, 2019.

5. On August 22, 2019, the Honorable Matt J. Whitworth, United States Chief Magistrate Judge for the Western District of Missouri granted a warrant authorizing a search of the Facebook account utilized by KLOTZ. A review of the content returned from Facebook confirmed what investigators had learned about Klotz's drug trafficking activities and indicated Klotz was also involved in the buying and selling of firearms, despite his status as a convicted felon. In one message, a person was attempting to sell KLOTZ an AK-47 rifle. On April 15, 2019, KLOTZ negotiated the purchase of a Ruger SR1911 semi-automatic handgun in exchange for "one and three quarters zip." Based on my training and experience, I know that people in the drug-dealing trade use the term "zip" to mean approximately one ounce, or 28 grams, of a controlled substance. Agents also located numerous Facebook photos of KLOTZ posing with firearms.

6. In a conversation dated April 2, 2019, KLOTZ sent the following message: "Your gonna charge 85 a ball and 150 a sev and 275 a half and 500 a zip lol ithink that really is possible."

Based on my training, experience and knowledge of this investigation, I believe KLOTZ to be discussing the cost of various quantities of methamphetamine for sale.

7. On October 24, 2019, I learned that KLOTZ had seven active felony warrants for his arrest.

8. On October 24, 2019 at approximately 10:05 p.m., I was notified by KCPD Detective Kirstin Jorgenson that one of KLOTZ's known vehicles, a black 2009 Mercedes C63 (VIN: WDDGF77X59F237205), bearing Missouri dealer license D5026-AD (hereinafter referred to as "Vehicle 1"), was parked at the Candlewood Suites located at 4450 North Randolph Road, Kansas City, Missouri 64117. I notified other DEA investigators and requested Detective Jorgenson gather KCPD resources in order to arrest KLOTZ on his numerous outstanding felony warrants.

9. Investigators deployed physical surveillance around the vehicle and learned from hotel staff that the room KLOTZ was staying in was rented by a man named Larry Stegmaier. The room number was 309 and was booked from October 17, 2019 through October 26, 2019.

10. Detective Jorgenson was able to review the video footage from the hotel surveillance system and observed KLOTZ and a male party with a similar description to Stegmaier arriving in a blue Dodge Challenger Hellcat around 3:30 p.m. on October 24, 2019. Detective Jorgenson observed KLOTZ place two large duffle bags and what appeared to be a case for a long-gun or rifle in the trunk of Vehicle 1. KLOTZ then walked over to the Dodge Challenger and entered the driver's side door. Stegmaier was observed accessing the passenger side of Vehicle 1 before walking over to the Challenger and getting in the passenger seat. The Challenger then departed the parking lot.

11. Agents remained on surveillance until approximately 1:30 a.m. On October 25, 2019 at approximately 3:00 a.m., Detective Jorgenson was alerted by hotel staff that KLOTZ arrived and went upstairs, presumably to his room. At approximately 6:00 a.m., I and other investigators with DEA and KCPD responded to the Candlewood Suites. Upon my arrival, I observed a white 2013 Lexus LS460L (VIN: JTHGL5EF0D5048878) bearing Missouri dealer license D5736-BN (hereinafter referred to as "Vehicle 2"). Vehicle 2 was parked approximately four spaces north of Vehicle 1 on the west side of the building. I checked with the on duty hotel manager who stated she reviewed the surveillance footage and confirmed KLOTZ drove Vehicle 2 to the hotel.

12. At approximately 8:07 a.m., TAC made their approach to the room via the north stairwell. At approximately 8:10 a.m., TAC knocked on the door announcing themselves as police officers and demanded KLOTZ come to the door. The door was then opened and KLOTZ was taken into custody without incident. No other parties were present in the room at the time of KLOTZ's arrest.

13. I obtained Mr. Stegmaier's phone number from the hotel registry and in the presence of TFO Lonnie Pfeifer contacted Mr. Stegmaier over the phone. I informed Mr. Stegmaier of KLOTZ's arrest and asked if he was staying in the room with KLOTZ. Mr. Stegmaier stated he stayed there a few nights but he had rented the room on KLOTZ's behalf. Mr. Stegmaier then granted consent to search the room. Mr. Stegmaier further stated he did not have any of his own possessions in the room.

14. TFO Pfeifer, Sergeant Hamilton and I began searching the hotel room. I located a Glock pistol magazine along with a weapon-mounted flashlight in the lower dresser drawer in the

northwest corner of the room. Inside that drawer was also a large black trash bag that was tied at the top and torn open.

15. I located a wooden box inside one of the drawers in the kitchenette that contained a grayish powder substance that I believed to be heroin. I photographed the contents of the drawer and removed the plastic bag for testing. Upon removing the baggie I observed there was another baggie concealed inside which contained the grayish substance. I field tested the contents of the bag which tested positive for heroin. The bag was then turned over to Forensic Specialist II (FSII) Melissa Steinke who later contacted me and advised the total weight of the heroin was 34.23 grams, or 1.2 ounces.

16. I observed a bong sitting on the bathroom counter with an empty plastic container that appeared to contain the remnants of marijuana wax.

17. I located a silver cellphone on the floor between the bed and the wall. I observed the back cover was off the phone and battery was removed.

18. TFO Pfeifer checked the trash can and located three additional black trash bags that were tied at the top and then torn open. TFO Pfeifer collected the four torn trash bags, the cellphone, Glock magazine and weapon-mounted light as evidence.

19. After KLOTZ's arrest, the employees of the Candlewood Suites advised that they did not wish Vehicles 1 and 2 to remain parked at the hotel parking lot. KCPD Detective Dennis Paquette reviewed the VIN numbers for Vehicles 1 and 2 and determined they were not stolen. However, neither vehicle was registered. Detective Paquette then coordinated for both vehicles to be towed to the KCPD secure lot located at 7750 East Front Street, Kansas City, Missouri. Detectives did not complete an inventory of either car prior to the tow. Rather, the cars were secured and held pending the issuance of search warrants.

20. At approximately 11:03 a.m., KCPD Detective Lanaman, along with his certified canine partner Nicky, arrived at the tow lot and conducted an exterior sniff of Vehicles 1 and 2. Canine Nicky alerted to the presence of narcotic odor in Vehicle 2. Detective Lanaman stated Nicky showed a change in behavior when checking Vehicle 1 but made no other indication to the presence of narcotic odor.

21. Based on my knowledge of KLOTZ's involvement in narcotics trafficking, his use of firearms to facilitate his narcotics trafficking, his status as a convicted felon, the heroin located in his hotel room, the observation of a rifle case being placed in Vehicle 1 and the positive alert by canine Nicky on Vehicle 2 for the odor of narcotics, I believe there is probable cause to believe Elijah KLOTZ is involved in the distribution of controlled substances. I believe a search of Vehicles 1 and 2 will reveal evidence of drug trafficking, including but not limited to: controlled substances; firearms and ammunition; drug paraphernalia; money orders or receipts for money orders; drug ledgers; cellular telephones used to coordinate drug transactions; packaging, weighing and/or sealing material used for the packaging of controlled substances; and United States currency.

Orion M. Mata, Task Force Officer
Drug Enforcement Administration

Subscribed and sworn before me this 28th day of October, 2019.

Honorable Lajuana M. Counts
United States Magistrate Judge
Western District of Missouri

